**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 06-1533**

-----

DAVID A. BABB, Reg. No. 88340-071,

                                        Plaintiff - Appellant,

        versus

DRUG ENFORCEMENT ADMINISTRATION,

                                        Defendant - Appellee.

-----

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (6:97-cv-01553-HMH)

-----

Submitted:  April 30, 2007            Decided:  June 28, 2007

-----

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

-----

Affirmed by unpublished per curiam opinion.

-----

Brian W. Shaughnessy, SHAUGHNESSY, VOLZER and GAGNER, P.C., Washington, D.C., for Appellant. Reginald I. Lloyd, United States Attorney, Marvin J. Caughman, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Babb appeals the district court's order denying his motion to return seized money, and quieting title to the money in favor of the Government.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Babb v. Drug Enforcement Admin., No. 6:97-cv-01553-HMH (D.S.C. Apr. 26, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED